Decided May 30, 2001

STATE OF CONNECTICUT *v.* ANGEL TORO

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 635 (AC 20726), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 30, 2001

STATE OF CONNECTICUT *v.* GEORGETTE TRELA

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 907 (AC 21042), is denied.